

Curtis Castillo

**Bank of America Plaza**
**901 Main Street, Suite 6515**
**Dallas, Texas 75202**
**Tax ID #: 76-0762764**

# REDACTED

Horne, Cassell, Jain

September 23, 2015

| Matter #: | 10443.0001 |
| Invoice #: | 24278 |

### PROFESSIONAL SERVICES:

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/15/2015 JS | | Review accounts payable spreadsheet for putative debtor and employment and severance agreements of Cassell and Horne; research on various questions pertaining to involuntary case; call with P. Carew on ▮▮▮▮; conference call with P. Carew, S. Horne, and M. Cassell on ▮▮▮▮▮▮▮▮ and general timeline of events. 0.8 No Charge | 3.00 | 825.00 |

| | | Hours | Amount |
|---|---|---|---|
| *For professional services rendered* | | 3.00 | $825.00 |
| **EXPENSES:** | | | |
| Filing Fee | | | 335.00 |
| Postage | | | 1.44 |



**EXHIBIT**

**A**

Horne, Cassell, Jain

Page    2

|  | Amount |
|---|---|
| *Total expenses* | $336.44 |
| *Total new charges* | $1,161.44 |
| 9/3/2015  Payment -. Check No. 3795 | ($1,667.00) |
| 9/4/2015  Payment - (Matthew Cassell). Check No. 5401 | ($1,666.67) |
| 9/14/2015 Payment - Jain. Check No. 4183 | ($1,667.00) |
| *Total payments and adjustments* | ($5,000.67) |
| **Credit Balance** | **($3,839.23)** |

### Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Joshua Shepherd - Attorney | 3.00 | 275.00 | $825.00 |

Payment is DUE UPON RECEIPT.

In addition to cash, checks and money orders, we accept payment by American Express, Discover, Visa and Mastercard.  Please call 214.752.2222 to make a payment by credit card.



**Curtis** **Castillo**

**Bank of America Plaza**
**901 Main Street, Suite 6515**
**Dallas, Texas 75202**
**Tax ID #: 76-0762764**

Horne, Cassell, Jain

October 08, 2015

Matter #:       10443.0001
Invoice #:      24325

### PROFESSIONAL SERVICES:

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/16/2015 | JS | Continue preparation of involuntary filings | 0.90 | 247.50 |
| 9/17/2015 | JS | Attention to invoices of Horne provided to putative Debtor's control persons; attention to representation of V. Jain; Call with V. Jain to discuss [ ] [ ] [ ; draft and transmit summary and confirmation email to clients with drafts of filing documents for review and execution. | 1.90 | 522.50 |
| 9/18/2015 | JS | Receive and review executed filing documents and prepare and file involuntary case. | 1.10 | 302.50 |
| 9/21/2015 | JS | Receive and review court-issued summons for the involuntary petition; email to clients regarding agent for service of involuntary to Holdings; call with S. Horne regarding service. | 1.40 | 385.00 |
| 9/22/2015 | JS | Receive and review entry of summons service executed for involuntary petition. | 0.10 | 27.50 |

Horne, Cassell, Jain

Page    2

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/24/2015 | JS | Receive and review original declaration for efiling from M. Cassell, email S. Horne regarding his, and attention to deadline for submission to bankruptcy court. | 0.30 | 82.50 |
| 9/25/2015 | JS | Attention to receipt of original declarations for efiling; revise cover letter and direction to staff on physically filing. | 0.40 | 110.00 |

| | | |
|---|---|---|
| *For professional services rendered* | 6.10 | $1,677.50 |
| *Previous Balance* | | ($3,839.23) |
| **Credit Balance** | | **($2,161.73)** |

## Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Joshua Shepherd - Attorney | 6.10 | 275.00 | $1,677.50 |

Payment is DUE UPON RECEIPT.

In addition to cash, checks and money orders, we accept payment by American Express, Discover, Visa and Mastercard.  Please call 214.752.2222 to make a payment by credit card.



**Curtis Castillo**

**Bank of America Plaza**
**901 Main Street, Suite 6515**
**Dallas, Texas 75202**
**Tax ID #: 76-0762764**

Horne, Cassell, Jain

October 20, 2015

Re:      Steve Horne
5403 Lago Vista Lane
Frisco, TX 75034

Matthew Cassell
4124 Myerwood Ln.
Dallas, TX 75244-7335

Vik Jain
5021 Southern Hills Dr.
Frisco, TX 75034-6857

Matter #:     10443.0001
Invoice #:    24384

**PROFESSIONAL SERVICES:**

| | | **Hours** | **Amount** |
|---|---|---|---|
| 10/5/2015 JS | Receive, review, and respond to email correspondence from P. Carew with update | 0.10 | No Charge |
| 10/13/2015 JS | Review case docket for answer to involuntary and attention to notice of default procedures. 0.3 hr No Charge. | 0.20 | 55.00 |
| 10/14/2015 JS | Receive and review answer to involuntary petition; email to clients and P. Carew to update them on same; call with M. Shiro and transmit answer to her for review; call with S. Horne. | 0.60 | 165.00 |

Horne, Cassell, Jain

Page    2

|  | Hours | Amount |
|---|---|---|
| *For professional services rendered* | 0.90 | $220.00 |
| *Previous Balance* | | ($2,161.73) |
| **Credit Balance** | | **($1,941.73)** |

## Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Joshua Shepherd - Attorney | 0.80 | 275.00 | $220.00 |

Payment is DUE UPON RECEIPT.

In addition to cash, checks and money orders, we accept payment by American Express, Discover, Visa and Mastercard.  Please call 214.752.2222 to make a payment by credit card.



Curtis Castillo

**Bank of America Plaza**
**901 Main Street, Suite 6515**
**Dallas, Texas 75202**
**Tax ID #: 76-0762764**

Horne, Cassell, Jain

November 05, 2015

Re:     Steve Horne
        5403 Lago Vista Lane
        Frisco, TX 75034

        Matthew Cassell
        4124 Myerwood Ln.
        Dallas, TX 75244-7335

        Vik Jain
        5021 Southern Hills Dr.
        Frisco, TX 75034-6857

Matter #:      10443.0001
Invoice #:     24422

**PROFESSIONAL SERVICES:**

| | | **Hours** | **Amount** |
|---|---|---|---|
| 10/19/2015 JS | Review Court's Notice of hearing on involuntary petition; Case law review on involuntary evidentiary burdens and consider arguments, exhibits, witnesses, and trial strategy. | 3.00 | 825.00 |
| 10/20/2015 JS | Call with M. Shiro regarding involuntary petition and scheduling of trial; calls with P. Carew and S. Horne regarding the same; email to clients on potential ▢; case law research on ▢; follow-up call from S. Horne on ▢; conference call with P. Carew and D. Winnika, counsel for the putative debtor; on case, timing, and settlement possibilities; email to courtroom deputy for treatment of hearing as status conference. | 3.70 | 1,017.50 |

Horne, Cassell, Jain

Page    2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/21/2015 | JS | Pull Judge's docket and attention to email to courtroom deputy regarding hearing as status conference; email to S. Horne in response to missed call | 0.10 | No Charge |
| 10/22/2015 | JS | Call with S. Horne on case updates and strategy; return call to C. Domas with the State of Oregon; review formation and governance documents for Holdings regarding retention of counsel and liquidation; follow-up email to courtroom deputy regarding status conference setting; call with P. Carew on status | 2.30 | 632.50 |
| | MC | Brief strategy discussion with J. Shepherd. | 0.20 | 83.00 |
| | BCA | Prepare motion to change adjudication hearing to status conference and witness and exhibit list for adjudication hearing. | 2.20 | No Charge |
| 10/26/2015 | JS | Calls with M. Shriro and D. Winnika regarding involuntary bankruptcy filing and status conference; Call with S. Horne; prepare for status conference on the involuntary; email co-counsel and clients regarding same. 1.1 hr No Charge. | 3.00 | 825.00 |
| 10/27/2015 | JS | Prehearing conferences with S. Horne, P. Carew, D. Winnika, and M. Shriro regarding involuntary petition, creditors, claims, and timing; conduct hearing on involuntary petition; post-hearing conferences with counsel and client. | 2.30 | 632.50 |
| 10/29/2015 | JS | Email update to clients on outcome of status hearing, trial setting, and discovery moving forward. | 0.20 | 55.00 |
| 10/30/2015 | JS | Call with P. Carew regarding [                    ] [        ] | 0.40 | No Charge |

|  | Hours | Amount |
|---|---|---|
| *For professional services rendered* | 17.40 | $4,070.50 |

**EXPENSES:**

| | Amount |
|---|---|
| Duplication Charges | 67.40 |
| *Total expenses* | $67.40 |
| *Total new charges* | $4,137.90 |

Horne, Cassell, Jain

Page      3

|  | **Amount** |
|---|---|
| *Previous Balance* | ($1,941.73) |
| **Balance Due** | **$2,196.17** |

### Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Joshua Shepherd - Attorney | 14.50 | 275.00 | $3,987.50 |
| Mark Castillo - Attorney | 0.20 | 415.00 | $83.00 |

Payment is DUE UPON RECEIPT.

In addition to cash, checks and money orders, we accept payment by American Express, Discover, Visa and Mastercard.  Please call 214.752.2222 to make a payment by credit card.



Curtis Castillo

**Bank of America Plaza**
**901 Main Street, Suite 6515**
**Dallas, Texas 75202**
**Tax ID #: 76-0762764**

Horne, Cassell, Jain

November 19, 2015

Re:          Steve Horne
             5403 Lago Vista Lane
             Frisco, TX 75034

             Matthew Cassell
             4124 Myerwood Ln.
             Dallas, TX 75244-7335

             Vik Jain
             5021 Southern Hills Dr.
             Frisco, TX 75034-6857

Matter #:    10443.0001
Invoice #:   24451
             **PROFESSIONAL SERVICES:**

|            |    |                                                                                                                                                                                              | Hours | Amount |
|------------|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 11/4/2015  | JS | Call with D. Winnika, counsel for Holdings, regarding discovery parameters; email update to clients and co-counsel; call with M. Cassell regarding tax issues                                | 0.70  | 192.50 |
|            | MC | Brief attention to case update from J. Shepherd.                                                                                                                                              | 0.10  | No Charge |
| 11/5/2015  | JS | Call to D. Colmenaro regarding tax issues involving putative debtor; lengthy conference call with M. Cassell, S. Horne, and P. Carew on preparations for trial on involuntary; update and strategy conference with M. Castillo. | 2.10  | 577.50 |
|            | MC | Brief strategy meeting with J. Shepherd regarding discovery for hearing.                                                                                                                      | 0.30  | No Charge |

Horne, Cassell, Jain

Page    2

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/6/2015 JS | Review Advisor's schedules and call with P. Carew and then to D. Winnika on settlement possibilities; call with M. Cassell. 0.1 hr No Charge. | | 0.40 | 110.00 |
| 11/9/2015 JS | Calls with P. Carew and attempt to reach D. Winnika; draft requests for production of documents to WPH. 0.2 hr No Charge. | | 3.20 | 880.00 |
| 11/10/2015 JS | Review multiple emails between clients and co-counsel regarding [        ] [        ] review P. Carew revisions to discovery requests; call with S. Horne regarding discovery requests as revised, and emails with clients and P. Carew on revisions and service; direction to staff on service; calls with D. Winikka and P. Carew on settlement possibilities. | | 2.60 | 715.00 |
| 11/11/2015 JS | Respond to email correspondence from M. Cassell regarding [        ] [        ]. | | 0.30 | 82.50 |
| 11/12/2015 JS | Return call to S. Horne | | 0.10 | No Charge |

|  | | | | |
|---|---|---|---|---|
| | *For professional services rendered* | | 9.80 | $2,557.50 |
| | **EXPENSES:** | | | |

| | |
|---|---|
| Duplication Charges | 3.00 |
| Research Expense: PACER | 7.20 |
| *Total expenses* | $10.20 |
| *Total new charges* | $2,567.70 |
| *Previous Balance* | $2,196.17 |
| **Balance Due** | **$4,763.87** |

### Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Joshua Shepherd - Attorney | 9.30 | 275.00 | $2,557.50 |

Horne, Cassell, Jain

Page     3

Payment is DUE UPON RECEIPT.

In addition to cash, checks and money orders, we accept payment by American Express, Discover, Visa and Mastercard.  Please call 214.752.2222 to make a payment by credit card.



**Bank of America Plaza**
**901 Main Street, Suite 6515**
**Dallas, Texas 75202**
**Tax ID #: 76-0762764**

Horne, Cassell, Jain

December 08, 2015

Re:      Steve Horne
         5403 Lago Vista Lane
         Frisco, TX 75034

         Matthew Cassell
         4124 Myerwood Ln.
         Dallas, TX 75244-7335

         Vik Jain
         5021 Southern Hills Dr.
         Frisco, TX 75034-6857

Matter #:     10443.0001
Invoice #:    24491
              **PROFESSIONAL SERVICES:**

|  |  | | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/16/2015 JS | Review various emails from clients and co-counsel on discovery requests from WPH and review requests. | | 0.70 | 192.50 |
| 11/17/2015 JS | Direction to B. Assink on objections to Requests for Production and deposition notices to go out for representatives of WPH; consider 30(b)(6) topics; email to opposing counsel on date/times, etc. for anticipated depositions. | | 1.10 | 302.50 |
| MC | Brief discussion with J. Shepherd on deposition discovery options in light of upcoming hearing. | | 0.10 | No Charge |
| 11/18/2015 JS | Receive, review, and respond to email correspondence from P. Carew regarding 30(b)(6) deposition topics; revise topics and circulate to opposing counsel; deposition notices to Harris and WPH; email from | | 1.20 | 330.00 |

Horne, Cassell, Jain

Page    2

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| | | Winikka on dates and call with P. Carew on Motion to Dismiss. | | |
| 11/19/2015 | JS | Attention to receipt of links to client documents and begin review documents for purposes of production; call with S. Horne regarding production; update email to clients; emails with M. Cassell and D. Winikka on deposition timing and production; call with S. Horne regarding call with V. Purdue. | 2.30 | 632.50 |
| | BCA | Prepare notice of 3rd party subpoena to Frenzel, Subpoena, and document requests, and send all to co-counsel and clients for approval prior to service. Review of correspondence regarding upcoming depositions and review MTD filed by WPH and attention to file. | 1.80 | 270.00 |
| 11/20/2015 | BCA | Finalize Frenzel notice and subpoena, file with the court, prepare for service on Frenzel and serve on Frenzel via email, certified mail, and first class mail. | 0.40 | 60.00 |
| 11/23/2015 | JS | Review various emails from clients, co-counsel, and opposing counsel on various discovery and settlement related issues; Respond to email from P. Carew on Cassell production; work on discovery responses and objections; review document production from S. Horne; call with P. Carew. | 3.70 | 1,017.50 |
| | BCA | Prepare discovery responses to WPH, finalize, and email to clients and cocounsel for review. | 2.50 | 375.00 |
| 11/24/2015 | JS | Continue review of S. Horne production; call to M. Shriro regarding WPH documents the Trustee may have; call with P. Carew to coordinate discovery responses and production; call with S. Horne regarding production; email from P. Carew regarding same. | 3.30 | 907.50 |
| | BCA | Review Cassell emails for attorney-client privilege in advance of production to opposing counsel, correspond with co-counsel regarding same. | 2.00 | 300.00 |
| 11/25/2015 | JS | Receive and review WPH's objections and responses to discovery requests; Email to D. Winkka regarding obtaining documents; email to M. Shriro regarding documents in the possession of the Trustee; documents from M. Shriro and review same; calls and message for D. Winikka regarding obtaining production; correspond with e-discovery administrative personnel regarding bates-labeled production. | 1.90 | 522.50 |

Horne, Cassell, Jain

Page   3

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/30/2015 JS | | Prepare for depositions of David Harris and 30(b)(6) rep; email to WPH counsel regarding missing document production; call to M. Shriro regarding wph documents she may have as Trustee's counsel; review production for use in depos; conference call with P. Carew, M. Cassell, and S. Horne | 7.60 | 2,090.00 |
| | MC | Conference with J. Shepherd regarding documents still due from debtor side and available discovery options. | 0.10 | No Charge |

| | Hours | Amount |
|---|---|---|
| *For professional services rendered* | 28.70 | $7,000.00 |

**EXPENSES:**

| | |
|---|---|
| Postage | 14.38 |
| Duplication Charges | 302.40 |

| | |
|---|---|
| *Total expenses* | $316.78 |
| *Total new charges* | $7,316.78 |
| *Previous Balance* | $4,763.87 |
| 11/18/2015 Payment - Jain 1/3 payment . Check No. 4372 | ($732.06) |
| *Total payments and adjustments* | ($732.06) |
| **Balance Due** | **$11,348.59** |

**Attorney Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bryan C. Assink - Law Clerk | 6.70 | 150.00 | $1,005.00 |
| Joshua Shepherd - Attorney | 21.80 | 275.00 | $5,995.00 |

Payment is DUE UPON RECEIPT.

In addition to cash, checks and money orders, we accept payment by American Express, Discover, Visa and Mastercard.  Please call 214.752.2222 to make a payment by credit card.



**Curtis** **Castillo**

**Bank of America Plaza**
**901 Main Street, Suite 6515**
**Dallas, Texas 75202**
**Tax ID #: 76-0762764**

Horne, Cassell, Jain

December 21, 2015

| | | |
|---|---|---|
| Re: | Steve Horne | |
| | 5403 Lago Vista Lane | |
| | Frisco, TX 75034 | |
| | | |
| | Matthew Cassell | |
| | 4124 Myerwood Ln. | |
| | Dallas, TX 75244-7335 | |
| | | |
| | Vik Jain | |
| | 5021 Southern Hills Dr. | |
| | Frisco, TX 75034-6857 | |
| Matter #: | 10443.0001 | |
| Invoice #: | 24531 | |

**PROFESSIONAL SERVICES:**

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/1/2015 JS | Attention to various emails regarding document production and deposition preparations, and continue preparation for depositions; call with M. Shiro on WPA as a creditor and WPH documents she may have; emails with M. Cassell; call with S. Horne; Call with D. Winikka. 1.5 hr No Charge. | | 7.30 | 2,007.50 |
| MC | Update from, and direction to, B. Assink on status of response to motion to dismiss bankruptcy case; review and comment on motion to dismiss for questions for J. Shepherd to use at depositions; research dismissal issues; work on research and briefing concepts for response to MTD for bad faith. | | 2.30 | 954.50 |

Horne, Cassell, Jain

Page 2

| | | Hours | Amount |
|---|---|---|---|
| 12/1/2015 LC | Prepare an exhibit notebook and exhibit copies to use at 12/2 depositions. | 2.50 | 287.50 |
| BCA | Review WPH's motion to dismiss and legal research to assist in preparation of response. | 2.70 | 405.00 |
| 12/2/2015 JS | Attention to email from V. Jain regarding depos[ ]; Call with D. Winikka to learn that WPH will consent to bankruptcy; Notify clients and P. Carew of news; call with P. Carew; draft proposed agreed order of bankruptcy and circulate to D. Winikka; Emails and call with M. Shriro regarding status and future appointment of WPH chapter 7 trustee; Call with S. Horne; Research and review code provisions giving clients administrative claim for expenses; draft proposed order denying Motion to Dismiss with prejudice per court order; call with T. O'Neill of the U.S. Trustee's Office regarding appointment of chapter 7 trustee for impending WPH bankruptcy case. | 4.20 | 1,155.00 |
| MC | Pre-deposition discussion with J. Shepherd on latest update from V. Jain and call from opposing counsel; brief assist on agreed order to place debtor into chapter 7; brief review of code on recovery of invol fees/expenses as priority claim; draft app. for administrative expenses. 0.8 hr No Charge. | 2.00 | 830.00 |
| BCA | Prepare brief memordanum analyzing dismissal issues in response to WPH's motion to dismiss. | 1.30 | 195.00 |

| | | | |
|---|---|---|---|
| *For professional services rendered* | | 22.30 | $5,834.50 |
| *Previous Balance* | | | $11,348.59 |
| 12/1/2015 Payment - Cassell - Visa | | | ($1,587.96) |
| 12/1/2015 Payment - Horne - MC | | | ($1,587.96) |
| *Total payments and adjustments* | | | ($3,175.92) |
| **Balance Due** | | | **$14,007.17** |

### Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bryan C. Assink - Law Clerk | 4.00 | 150.00 | $600.00 |
| Joshua Shepherd - Attorney | 11.50 | 275.00 | $3,162.50 |

Horne, Cassell, Jain

Page    3

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Law Clerk | 2.50 | 115.00 | $287.50 |
| Mark Castillo - Attorney | 4.30 | 415.00 | $1,784.50 |

Payment is DUE UPON RECEIPT.

In addition to cash, checks and money orders, we accept payment by American Express, Discover, Visa and Mastercard.  Please call 214.752.2222 to make a payment by credit card.


Curtis Castillo

**Bank of America Plaza**
**901 Main Street, Suite 6515**
**Dallas, Texas 75202**
**Tax ID #: 76-0762764**

Horne, Cassell, Jain

January 08, 2016

Re:        Steve Horne
           5403 Lago Vista Lane
           Frisco, TX 75034

           Matthew Cassell
           4124 Myerwood Ln.
           Dallas, TX 75244-7335

           Vik Jain
           5021 Southern Hills Dr.
           Frisco, TX 75034-6857

Matter #:      10443.0001
Invoice #:     24592

|  | **Amount** |
|---|---|
| *Previous Balance* | $14,007.17 |
| **Balance Due** | **$14,007.17** |

Payment is DUE UPON RECEIPT.

In addition to cash, checks and money orders, we accept payment by American Express, Discover, Visa and Mastercard.  Please call 214.752.2222 to make a payment by credit card.



**Bank of America Plaza**
**901 Main Street, Suite 6515**
**Dallas, Texas 75202**
**Tax ID #: 76-0762764**

Horne, Cassell, Jain

January 25, 2016

Re:        Steve Horne
           5403 Lago Vista Lane
           Frisco, TX 75034

           Matthew Cassell
           4124 Myerwood Ln.
           Dallas, TX 75244-7335

           Vik Jain
           5021 Southern Hills Dr.
           Frisco, TX 75034-6857

Matter #:     10443.0001
Invoice #:    24646

| | Amount |
|---|---|
| *Previous Balance* | $14,007.17 |
| ***Balance Due*** | ***$14,007.17*** |

Payment is DUE UPON RECEIPT.

In addition to cash, checks and money orders, we accept payment by American Express, Discover, Visa and Mastercard.  Please call 214.752.2222 to make a payment by credit card.



**Curtis ⓒ Castillo**

**Bank of America Plaza**
**901 Main Street, Suite 6515**
**Dallas, Texas 75202**
**Tax ID #: 76-0762764**

Horne, Cassell, Jain

February 05, 2016

Re:  Steve Horne
5403 Lago Vista Lane
Frisco, TX 75034

Matthew Cassell
4124 Myerwood Ln.
Dallas, TX 75244-7335

Vik Jain
5021 Southern Hills Dr.
Frisco, TX 75034-6857

Matter #:  10443.0001
Invoice #:  24689

| | Amount |
|---|---|
| *Previous Balance* | $14,007.17 |
| 1/27/2016  Payment - Vika Jain . Check No. 2047 | ($3,000.00) |
| *Total payments and adjustments* | ($3,000.00) |
| ***Balance Due*** | ***$11,007.17*** |

Payment is DUE UPON RECEIPT.

In addition to cash, checks and money orders, we accept payment by American Express, Discover, Visa and Mastercard.  Please call 214.752.2222 to make a payment by credit card.



**Curtis Castillo**

**Bank of America Plaza**
**901 Main Street, Suite 6515**
**Dallas, Texas 75202**
**Tax ID #: 76-0762764**

Horne, Cassell, Jain

February 22, 2016

Re:       Steve Horne
5403 Lago Vista Lane
Frisco, TX 75034

Matthew Cassell
4124 Myerwood Ln.
Dallas, TX 75244-7335

Vik Jain
5021 Southern Hills Dr.
Frisco, TX 75034-6857

Matter #:      10443.0001
Invoice #:     24719

| | Amount |
|---|---|
| *Previous Balance* | $11,007.17 |
| 2/11/2016  Payment - Horne Payment - MasterCard | ($2,000.00) |
| *Total payments and adjustments* | ($2,000.00) |
| ***Balance Due*** | ***$9,007.17*** |

Payment is DUE UPON RECEIPT.

In addition to cash, checks and money orders, we accept payment by American Express, Discover, Visa and Mastercard.  Please call 214.752.2222 to make a payment by credit card.



# Curtis Castillo

**Bank of America Plaza**
**901 Main Street, Suite 6515**
**Dallas, Texas 75202**
**Tax ID #: 76-0762764**


Horne, Cassell, Jain


March 02, 2016


Re:     Steve Horne
       5403 Lago Vista Lane
       Frisco, TX 75034

       Matthew Cassell
       4124 Myerwood Ln.
       Dallas, TX 75244-7335

       Vik Jain
       5021 Southern Hills Dr.
       Frisco, TX 75034-6857

Matter #:    10443.0001
Invoice #:    24781

|  | Amount |
|---|---|
| *Previous Balance* | $9,007.17 |
| **Balance Due** | **$9,007.17** |

Payment is DUE UPON RECEIPT.

In addition to cash, checks and money orders, we accept payment by American Express, Discover, Visa and Mastercard.  Please call 214.752.2222 to make a payment by credit card.



Curtis Castillo

**Bank of America Plaza**
**901 Main Street, Suite 6515**
**Dallas, Texas 75202**
**Tax ID #: 76-0762764**

Horne, Cassell, Jain

March 17, 2016

Re:       Steve Horne
           5403 Lago Vista Lane
           Frisco, TX 75034

           Matthew Cassell
           4124 Myerwood Ln.
           Dallas, TX 75244-7335

           Vik Jain
           5021 Southern Hills Dr.
           Frisco, TX 75034-6857

Matter #:      10443.0001
Invoice #:     24821

| | **Amount** |
|---|---|
| *Previous Balance* | $9,007.17 |
| 3/3/2016  Payment - Steve Horne payment - Mastercard | ($2,000.00) |
| *Total payments and adjustments* | ($2,000.00) |
| ***Balance Due*** | ***$7,007.17*** |

Payment is DUE UPON RECEIPT.

In addition to cash, checks and money orders, we accept payment by American Express, Discover, Visa and Mastercard.  Please call 214.752.2222 to make a payment by credit card.



**Curtis Castillo**

**Bank of America Plaza**
**901 Main Street, Suite 6515**
**Dallas, Texas 75202**
**Tax ID #: 76-0762764**

Horne, Cassell, Jain

April 06, 2016

Re:        Steve Horne
               5403 Lago Vista Lane
               Frisco, TX 75034

               Matthew Cassell
               4124 Myerwood Ln.
               Dallas, TX 75244-7335

               Vik Jain
               5021 Southern Hills Dr.
               Frisco, TX 75034-6857

Matter #:     10443.0001
Invoice #:    24847

**PROFESSIONAL SERVICES:**

|  |  | **Hours** | **Amount** |
|---|---|---|---|
| 3/25/2016 JS | Emails with V. Jain and S. Horne regarding case updates. | 0.20 | No Charge |

|  |  |  |
|---|---|---|
| *For professional services rendered* | 0.20 | $0.00 |
| *Previous Balance* |  | $7,007.17 |

| | | |
|---|---|---|
| 3/25/2016 Payment - Matthew Cassell | | ($986.31) |
| 3/30/2016 Payment - Jain. Check No. 4383 | | ($1,500.00) |
| 3/30/2016 Payment - Balance Moved from Cassell 12/1/15 Payment, Originally Applied to Post-Petition Matter | | ($2,411.36) |
| *Total payments and adjustments* | | ($4,897.67) |

Horne, Cassell, Jain

Page    2

| | Amount |
| --- | --- |
| *Balance Due* | *$2,109.50* |

Payment is DUE UPON RECEIPT.

In addition to cash, checks and money orders, we accept payment by American Express, Discover, Visa and Mastercard.  Please call 214.752.2222 to make a payment by credit card.



**Curtis Castillo**

**Bank of America Plaza**
**901 Main Street, Suite 6515**
**Dallas, Texas 75202**
**Tax ID #: 76-0762764**

Horne, Cassell, Jain

April 22, 2016

Re:       Steve Horne
          5403 Lago Vista Lane
          Frisco, TX 75034

          Matthew Cassell
          4124 Myerwood Ln.
          Dallas, TX 75244-7335

          Vik Jain
          5021 Southern Hills Dr.
          Frisco, TX 75034-6857

Matter #:    10443.0001
Invoice #:   24940

| | Amount |
|---|---|
| *Previous Balance* | $2,109.50 |
| 4/11/2016  Payment - Steve Horne | ($383.65) |
| *Total payments and adjustments* | ($383.65) |
| ***Balance Due*** | ***$1,725.85*** |

Payment is DUE UPON RECEIPT.

In addition to cash, checks and money orders, we accept payment by American Express, Discover, Visa and Mastercard.  Please call 214.752.2222 to make a payment by credit card.



**Curtis Castillo**

**Bank of America Plaza**
**901 Main Street, Suite 6515**
**Dallas, Texas 75202**
**Tax ID #: 76-0762764**

Horne, Cassell, Jain

June 07, 2016

| | |
|---|---|
| Re: | Steve Horne<br>8209 Chickasaw Trail<br>McKinney, TX 75070 |
| | Matthew Cassell<br>4124 Myerwood Ln.<br>Dallas, TX 75244-7335 |
| | Vik Jain<br>5021 Southern Hills Dr.<br>Frisco, TX 75034-6857 |
| Matter #: | 10443.0001 |
| Invoice #: | 25025 |

**PROFESSIONAL SERVICES:**

| | | Hours | Amount |
|---|---|---|---|
| 5/25/2016 JS | Brief review of case docket for status and to ensure no claim filing deadline. | 0.20 | No Charge |
| | | | |
| *For professional services rendered* | | 0.20 | $0.00 |
| *Previous Balance* | | | $1,725.85 |
| | | | |
| **Balance Due** | | | **$1,725.85** |

Horne, Cassell, Jain

Payment is DUE UPON RECEIPT.

In addition to cash, checks and money orders, we accept payment by American Express, Discover, Visa and Mastercard.  Please call 214.752.2222 to make a payment by credit card.



Curtis Castillo

**Bank of America Plaza**
**901 Main Street, Suite 6515**
**Dallas, Texas 75202**
**Tax ID #: 76-0762764**


Horne, Cassell, Jain


September 08, 2016


Re:        Steve Horne
8209 Chickasaw Trail
McKinney, Tx 75070

Matthew Cassell
4124 Myerwood Ln.
Dallas, TX 75244-7335

Vik Jain
5021 Southern Hills Dr.
Frisco, TX 75034-6857

Matter #:     10443.0001
Invoice #:     25204

**PROFESSIONAL SERVICES:**

|  |  | **Hours** | **Amount** |
|---|---|---|---|
| 7/18/2016 JS | [Bill to Steve Horne] Call with S. Horne regarding update on case and Trustee's efforts on collection. | 0.20 | No Charge |
| 7/25/2016 JS | [Bill to Steve Horne] Attention to various emails from S. Horne regarding demand letter from M. Shriro; call with S. Horne to recommend that he contact M. Shriro personally, and if necessary, consider engaging the Firm in the future to assist. | 0.30 | No Charge |

|  |  |  |
|---|---|---|
| *For professional services rendered* | 0.50 | $0.00 |
| *Previous Balance* |  | $1,725.85 |

Horne, Cassell, Jain

Page     2

|  | Amount |
|---|---|
| 7/6/2016  Payment - Jain's prepetition portion. Check No. 4278 | ($739.55) |
| *Total payments and adjustments* | ($739.55) |
| ***Balance Due*** | ***$986.30*** |

Payment is DUE UPON RECEIPT.

In addition to cash, checks and money orders, we accept payment by American Express, Discover, Visa and Mastercard.  Please call 214.752.2222 to make a payment by credit card.


Curtis Castillo

**Bank of America Plaza**
**901 Main Street, Suite 6515**
**Dallas, Texas 75202**
**Tax ID #: 76-0762764**

Horne, Cassell, Jain

March 29, 2017

Re:        Steve Horne
           8209 Chickasaw Trail
           McKinney, Tx 75070

           Matthew Cassell
           4124 Myerwood Ln.
           Dallas, TX 75244-7335

           Vik Jain
           5021 Southern Hills Dr.
           Frisco, TX 75034-6857
Matter #:    10443.0001
Invoice #:   25636

|   | Amount |
|---|---|
| *Previous Balance* | $986.30 |
| **Balance Due** | **$986.30** |

Payment is DUE UPON RECEIPT.

In addition to cash, checks and money orders, we accept payment by American Express, Discover, Visa and Mastercard.  Please call 214.752.2222 to make a payment by credit card.

7/3/2017
4:44 PM

Curtis | Castillo PC
A/R Transaction Listing

Page     1

---

## Selection Criteria

A/R.Classification        Open
Clie.Selection            Include: Horne/Cassell/Jain

---

| Date | Type | Client | Description | Total |
|------|------|--------|-------------|------:|
| 9/3/2015 | PAY | Horne/Cassell/Jain | Payment -. Check No. 3795 | (1667.00) |
| 9/4/2015 | PAY | Horne/Cassell/Jain | Payment - (Matthew Cassell). Check No. 5401 | (1666.67) |
| 9/14/2015 | PAY | Horne/Cassell/Jain | Payment - Jain. Check No. 4183 | (1667.00) |
| 9/23/2015 | INV | Horne/Cassell/Jain | Invoice No. 24278 | 1161.44 |
| 10/8/2015 | INV | Horne/Cassell/Jain | Invoice No. 24325 | 1677.50 |
| 10/20/2015 | INV | Horne/Cassell/Jain | Invoice No. 24384 | 220.00 |
| 11/5/2015 | INV | Horne/Cassell/Jain | Invoice No. 24422 | 4137.90 |
| 11/18/2015 | PAY | Horne/Cassell/Jain | Payment - Jain 1/3 payment . Check No. 4372 | (732.06) |
| 11/19/2015 | INV | Horne/Cassell/Jain | Invoice No. 24451 | 2567.70 |
| 12/1/2015 | PAY | Horne/Cassell/Jain | Payment - Horne - MC | (1587.96) |
| 12/1/2015 | PAY | Horne/Cassell/Jain | Payment - Cassell - Visa | (1587.96) |
| 12/8/2015 | INV | Horne/Cassell/Jain | Invoice No. 24491 | 7316.78 |
| 12/21/2015 | INV | Horne/Cassell/Jain | Invoice No. 24531 | 5834.50 |
| 1/27/2016 | PAY | Horne/Cassell/Jain | Payment - Vika Jain . Check No. 2047 | (3000.00) |
| 2/11/2016 | PAY | Horne/Cassell/Jain | Payment - Horne Payment - MasterCard | (2000.00) |
| 3/3/2016 | PAY | Horne/Cassell/Jain | Payment - Steve Horne payment - Mastercard | (2000.00) |
| 3/25/2016 | PAY | Horne/Cassell/Jain | Payment - Matthew Cassell | (986.31) |
| 3/30/2016 | PAY | Horne/Cassell/Jain | Payment - Jain. Check No. 4383 | (1500.00) |
| 3/30/2016 | PAY | Horne/Cassell/Jain | Payment - Balance Moved from Cassell 12/1/15 Payment, Originally Applied to Post-Petition Matter | (2411.36) |
| 4/11/2016 | PAY | Horne/Cassell/Jain | Payment - Steve Horne | (383.65) |
| 7/6/2016 | PAY | Horne/Cassell/Jain | Payment - Jain's prepetition portion. Check No. 4278 | (739.55) |

7/3/2017
4:44 PM

Curtis | Castillo PC
A/R Transaction Listing

| Date | Type | Client | Description | Total |
|------|------|--------|-------------|-------|
| Grand Total | | | | |
| Invoice | | | | 22915.82 |
| Payment | | | | (21929.52) |