IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: § § § § § § § | CASE NO. 15-41669-BTR |
| WINGSPAN PORTFOLIO HOLDINGS, INC., | |
| | (Chapter 7) |
| DEBTOR. | |

### AGREED STIPULATION ON THE FILING OF ANY PROOF OF CLAIM FILED BY STEVE HORNE

**PLEASE TAKE NOTICE** that Michelle H. Chow, Chapter 7 Trustee for the Bankruptcy Estate of Wingspan Portfolio Holdings, Inc. ("**Trustee**") and Steve Horne ("**Horne**"), hereby stipulate and agree that the Trustee will not object to any proof of claim filed by Horne on the ground of timeliness so long as such claim is filed by September 8, 2017 in the above-referenced case. This agreement is not a waiver of any other objections the Trustee may have to any claim filed by Horne in the above-referenced case and this Stipulation shall not be construed as an agreement for any allowed claim. The Trustee reserves and preserves all of her rights to object to any claim filed by Horne in the above-referenced case on any other grounds.

Respectfully submitted,

By: _____/s/ Todd Hoodenpyle_____
Todd Hoodenpyle
State Bar No. 00798265
hoodenpyle@singerlevick.com
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, Texas 75001
Phone: 972.380.5533
Fax:    972.380.5748

ATTORNEYS FOR
MICHELLE H. CHOW, CHAPTER 7 TRUSTEE

_____/s/ Steve Horne_____
Steve Horne